# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**HENRY CLEMONS**                                                  **PETITIONER**

**v.**                                             **CIVIL NO. 3:17cv685-HSO-JCG**

**BILLY SOLLIE**                                                **RESPONDENT**

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [13], GRANTING RESPONDENT'S MOTION [10] TO DISMISS, AND DISMISSING PETITIONER'S PETITION [1] WITHOUT PREJUDICE

This matter comes before the Court on the Report and Recommendation [13] of United States Magistrate Judge John C. Gargiulo, entered on June 12, 2018. After consideration of the proposed findings of fact and conclusions of law set forth in the Report and Recommendation, the record in this case, and relevant legal authority, the Court finds that the Report and Recommendation should be adopted as the finding of this Court, that Respondent's Motion [10] to Dismiss should be granted, and that Petitioner Henry Clemons' Habeas Corpus Petition [1] should be dismissed without prejudice.

## I. BACKGROUND

On August 21, 2017, Petitioner Henry Clemons ("Petitioner") filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [1] asserting that he was a pretrial detainee incarcerated at Lauderdale County Detention Facility in Meridian, Mississippi, and that he was being denied his rights to legal assistance, legal

counsel, bond reductions every three months, and a speedy trial. Pet. [1] at 1-9. On November 17, 2017, Respondent Billie Sollie ("Respondent") filed a Motion [10] to Dismiss without prejudice. Magistrate Judge John C. Gargiulo entered an Order to Show Cause [11] on February 5, 2018, directing Petitioner to file any responsive pleading to the Motion [10] to Dismiss on or before February 26, 2018. No responsive pleading was filed.

On June 12, 2018, the Magistrate Judge entered a Report and Recommendation [13] finding that the Petition should be dismissed because: (1) Petitioner failed to exhaust state court remedies as to his "speedy trial claim;" (2) Petitioner's claims for lack of legal aid and for a reduction in bond were being handled by counsel in the underlying state criminal proceedings; and (3) Petitioner had failed to prosecute his claims in this Court. R. & R. [13] at 4-5. On June 18, 2018, the Clerk docketed an Acknowledgment of Receipt [14] reflecting that Petitioner received the Report and Recommendation on or about June 15, 2018. To date, no objection to the Report and Recommendation has been filed by either party, and the time for doing so has expired. *See* 28 U.S.C. § 636(b)(1) (requiring objections to be filed within fourteen days of receipt of a copy of the Report and Recommendation).

## II. DISCUSSION

Where no party has objected to the magistrate judge's report and recommendation, the Court need not conduct a *de novo* review of it. 28 U.S.C. § 636(b)(1) ("a judge of the court shall make a *de novo* determination of those portions

of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only review a report and recommendation to determine whether it is either clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Having conducted the required review, the Court concludes that the Magistrate Judge's Report and Recommendation thoroughly considered all issues, and is neither clearly erroneous nor contrary to law. It is clear from the record that Petitioner's claims should be dismissed without prejudice for the reasons stated by the Magistrate Judge.

## III. CONCLUSION

The Court, being fully advised in the premises, finds that the Magistrate Judge properly recommended that Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 be dismissed. Said Report and Recommendation will be adopted as the opinion of this Court. Respondent's Motion [10] to Dismiss will be granted, and Petitioner's Petition will be dismissed without prejudice. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Magistrate Judge John C. Gargiulo's Report and Recommendation [13], entered in this case on June 12, 2018, is adopted as the finding of this Court, and Respondent Billy Sollie's Motion [10] to Dismiss is **GRANTED.**

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Petitioner Henry Clemons' Petition for Writ of Habeas Corpus [1] filed August 21, 2017, is

**DISMISSED WITHOUT PREJUDICE**. A separate judgment will be entered in accordance with this Order, as required by Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED**, this the 11th day of July, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE